JUNE 5, 1964

**Reap. Dec. 10776.**—Pluswood Industries *v.* United States, reappraisement R62/15488. Reappraisement dismissed April 29, 1964. Entered at New Orleans, La. (Not published.) Motion by plaintiff.